Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; WARNER BROS. RECORDS INC.; PRIORITY RECORDS LLC; and MOTOWN RECORD COMPANY, L.P.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br>　　　　　　Plaintiffs,<br>　v.<br>JOE PETELLE,<br>　　　　　　Defendant. | CASE NO. 5:07-CV-04791-JF<br><br>**Honorable Jeremy Fogel**<br><br>**REQUEST TO ENTER DEFAULT** |

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2  Plaintiffs hereby request that the Clerk enter default in this matter against Defendant Joe Petelle ("Defendant") on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of Matthew Franklin Jaksa, ¶ 5.

   Plaintiffs served the Summons and Complaint on Defendant on October 22, 2007, by substitute service, as evidenced by the proof of service on file with this Court. Id. ¶ 2. Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the Complaint. Id. ¶ 4. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶¶ 6-7.

Dated: December 17, 2007

MATTHEW FRANKLIN JAKSA
HOLME ROBERTS & OWEN LLP

By:    /s/ Matthew Franklin Jaksa
       Matthew Franklin Jaksa
       Attorney for Plaintiffs
       INTERSCOPE RECORDS; SONY BMG
       MUSIC ENTERTAINMENT; UMG
       RECORDINGS, INC.; ELEKTRA
       ENTERTAINMENT GROUP INC.;
       WARNER BROS. RECORDS INC.;
       PRIORITY RECORDS LLC; and
       MOTOWN RECORD COMPANY, L.P.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On December 17, 2007, I served the foregoing documents described as:

**REQUEST TO ENTER DEFAULT**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Joe Petelle
> 131 Senter Road
> San Jose, CA 95111

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 17, 2007 at San Francisco, California.

_____
Molly Morris