**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking					General Court Number
Clerk							408.535.5364

December 20, 2007

RE:  CV 07-04791 JF		INTERSCOPE RECORDS-v- JOE PETELLE

Default is entered as to Defendant Joe Petelle on 12/18/2007.

					RICHARD W. WIEKING, Clerk

					*Gordana Macic*

					by Gordana Macic
					Case Systems Administrator

NDC TR-4  Rev. 3/89