1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   INTERSCOPE RECORDS; SONY BMG MUSIC
7  ENTERTAINMENT; UMG RECORDINGS, INC.;
   ELEKTRA ENTERTAINMENT GROUP INC.;
8  WARNER BROS. RECORDS INC.; PRIORITY
   RECORDS LLC; and MOTOWN RECORD
9  COMPANY, L.P.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br>　　　　　　Plaintiffs,<br>　　v.<br>JOE PETELLE,<br>　　　　　　Defendant. | CASE NO. C 07-04791 JF<br><br>**Honorable Jeremy Fogel**<br><br>PROOF OF SERVICE |

Proof of Service
Case No. C 07-04791 JF
#32255 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On December 26, 2007, I served the foregoing documents described as:

**CLERK'S NOTICE OF ENTRY OF DEFAULT**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Joe Petelle**
> **131 Senter Road**
> **San Jose, CA  95111**

☒   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 26, 2007 at San Francisco, California.

_____
Molly Morris

Proof of Service
Case No. C 07-04791 JF
#32255 v1

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                    General Court Number
Clerk                                                                                         408.535.5364

December 20, 2007

RE:  <u>CV 07-04791 JF</u>        <u>INTERSCOPE RECORDS-v- JOE PETELLE</u>

Default is entered as to Defendant Joe Petelle on 12/18/2007.

                                        RICHARD W. WIEKING, Clerk

                                        by<u>Gordana Macic</u>
                                        Case Systems Administrator

NDC TR-4  Rev. 3/89