Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:          matt.jaksa@hro.com

Attorneys for Plaintiffs,
INTERSCOPE RECORDS; SONY BMG
MUSIC ENTERTAINMENT; UMG
RECORDINGS, INC.; ELEKTRA
ENTERTAINMENT GROUP INC.;
WARNER BROS. RECORDS INC.;
PRIORITY RECORDS LLC; and
MOTOWN RECORD COMPANY, L.P.

*efiled 2/27/08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br><br>    Plaintiffs,<br><br> v.<br><br>JOE PETELLE,<br>    Defendant. | CASE NO. 5:07-CV-04791-JF<br><br>Honorable Jeremy Fogel<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1. Plaintiffs hereby request that the Court continue the case management conference currently set for March 14, 2008 at 10:30 a.m. to June 13, 2008.  The Court previously continued the case management conference from January 11, 2008 to the presently scheduled date.  Plaintiffs filed their complaint in this matter on September 18, 2007.  Defendant was served with the summons and complaint on October 22, 2007, by substitute service.  Defendant failed to answer or otherwise respond to the complaint.  The clerk of this Court entered default against Defendant on December 18, 2007.  Accordingly, along with this application, Plaintiffs have filed their motion for default judgment by the Court.  Therefore, no case management conference is necessary on the scheduled date.  Plaintiffs therefore respectfully request that the Court continue the case management conference to June 13, 2008.

Dated:  February 22, 2008              HOLME ROBERTS & OWEN LLP

                                       By:  _____/s/ Matthew Franklin Jaksa____
                                            Matthew Franklin Jaksa
                                            Attorney for Plaintiffs

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the Case Management conference currently scheduled for March 14, 2008 at 10:30 a.m. be continued to June 13, 2008.

Dated:  2/27/08                        By:  _____
                                            Honorable Jeremy Fogel
                                            United States District Judge

*Ex Parte* Application to Continue Case Management Conference and [Proposed] Order
Case No. 5:07-CV-04791-JF
#35535 v1

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On February 22, 2008, I served the foregoing documents described as:

**EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Joe Petelle**
**131 Senter Road**
**San Jose, CA 95111**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 22, 2008 at San Francisco, California.

*/s/ Sula Grant*