UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, April 25, 2008
**Case Number:** CV-07-4791-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | INTERSCOPE RECORDS, ET AL V. JOE PETELLE | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | Attorneys Present: Matthew Jaksa | Attorneys Present: |

PROCEEDINGS:

Hearing on Motion for Entry of Default Judgment held. Counsel for plaintiff is present. The court grants the motion.