Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
INTERSCOPE RECORDS; SONY BMG
MUSIC ENTERTAINMENT; UMG
RECORDINGS, INC.; ELEKTRA
ENTERTAINMENT GROUP INC.;
WARNER BROS. RECORDS INC.;
PRIORITY RECORDS LLC; and
MOTOWN RECORD COMPANY, L.P.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br><br>               Plaintiffs,<br><br>   v.<br><br>JOE PETELLE,<br>               Defendant. | CASE NO. 5:07-CV-04791-JF<br><br>**Honorable Jeremy Fogel**<br><br>**[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

Based upon Plaintiffs' Application for Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the nine (9) sound recordings listed in Exhibit A to Plaintiffs' Complaint. Accordingly, having adjudged to be in default, Defendant Joe Petelle ("Defendant") shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Seven Hundred and Fifty Dollars ($6,750.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Five Hundred and Fifty Dollars. ($550.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "The Real Slim Shady," on album "The Marshall Mathers LP," by artist "Eminem" (SR# 287-944);
- "Sexual Healing," on album "Midnight Love," by artist "Marvin Gaye" (SR# 41-568);
- "Don't Want to Be a Fool," on album "Power Of Love," by artist "Luther Vandross" (SR# 185-186);
- "My Body," on album "Levert, Sweat, Gill," by artist "LSG" (SR# 252-131);
- "Superman," on album "Eminem Show," by artist "Eminem" (SR# 317-924);
- "Dreams," on album "Rumours," by artist "Fleetwood Mac" (SR# N39857);
- "Ghetto Vet," on album "The War Disc," by artist "Ice Cube" (SR# 268-428);
- "Anyone Who Had a Heart," on album "Give Me The Reason," by artist "Luther Vandross" (SR# 79-450);
- "Distant Lover," on album "Let's Get It On," by artist "Marvin Gaye" (SR# N8961);

and in any other sound recording, whether now in experience or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media

1  distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e.,
2  upload) and of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for
3  distribution to the public, except pursuant to a lawful license or with the express authority of
4  Plaintiffs.  Defendant shall also destroy all copies of Plaintiffs' Recordings that defendant has
5  downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall
6  destroy all copies of those downloaded recordings transferred onto any physical medium or device in
7  Defendant's possession, custody, or control.

11  Dated: __4/25/08__          By: _____
12                                   Honorable Jeremy Fogel
                                     United States District Judge

[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION
Case No.  5:07-CV-04791-JF
#35423 v1

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On February 22, 2008, I served the foregoing documents described as:

**[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Joe Petelle
131 Senter Road
San Jose, CA  95111**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 22, 2008 at San Francisco, California.



1

[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION
Case No.  5:07-CV-04791-JF
#35423 v1